Americollect
1851 S. Alverno Rd.
Manitowoc, WI 54220

Re:   Kyle Robison

      MO
      SSN:

Dear Americollect:

You are credit reporting that I owe your company $4,865 for a debt that was originally owed to Excelsior Springs Hospital. I dispute this debt. I do not want you to send me validation about this debt, I simply want you to leave me alone.

Thank you,



EXHIBIT Group A



Americollect
1851 S. Alverno Rd.
Manitowoc, WI 54220

Kyle Robison

Americollect
1851 S. Alverno Rd.
Manitowoc, WI 54220

Re:     Kyle Robison

        MO
        SSN:

Dear Americollect:

You are credit reporting that I owe your company $1,894 for a debt that was originally owed to Excelsior Springs Hospital. I dispute this debt. I do not want you to send me validation about this debt, I simply want you to leave me alone.

Thank you,

*[signature]*



Americollect
1851 S. Alverno Rd.
Manitowoc, WI 54220

Kyle Robison