Verizon  98%

10:33 Thu, May 23

     



Device control      Media output

 **AMERICOLLECT** 10:27 AM  
(662) 709-6012

 **Missed call** 10:27 AM 
AMERICOLLECT (662) 709-6012

Notification settings                                   Clear

EXHIBIT C