

# CALLAHAN
## LAW FIRM

222 W. Gregory Blvd., Ste. 210
Kansas City, MO 64114

May 29, 2024

Americollect
1851 S. Alverno Rd.
Manitowoc, WI 54220

Re: Kyle Robison
205 Evergreen St.
Wood Heights, MO 64024
SSN: ***-**-6208

Dear Americollect, Inc.,

Please take note that my office represents Kyle Robison in regard to any and all accounts or alleged debts with your company.

On or about May 9, 2024, Mr. Robison sent your company two letters informing it that he disputes a $1,894 debt and a $4,865 debt to Excelsior Springs Hospital that your company is attempting to collect from him. His letter further indicated that he did not want to be contacted in regard to these debts.

After this, your company contacted Mr. Robison by telephone in an attempt to collect these debts, against Mr. Robison's wishes and in contradiction to his rights under the Fair Debt Collection Practices Act. Please discontinue any further communications with Mr. Robison and instead direct those communications to my office. Please also ensure that any credit reporting of these debts makes clear that Mr. Robison disputes these debts.

Sincerely,

James R. Crump
Attorney at Law

EXHIBIT D



Americollect
1851 S. Alverno Rd.
Manitowoc, WI 54220



CALLAHAN
LAW FIRM
222 W. GREGORY, SUITE 210
KANSAS CITY, MO 64114